UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ioan Murgoi,

                  Petitioner

v.

Todd Blanche, et al.,

                  Respondents

Case No. 2:26-cv-01124-CDS-EJY

**Order Granting Petitioner's
Motion to Extend Time to File an
Amended Petition**

[ECF No. 6]

    Petitioner Ioan Murgoi's counsel seeks an additional two weeks to prepare and file an amended petition for writ of habeas corpus so that he may acquire Murgoi's immigration records. Mot., ECF No. 6. The petitioner's counsel represents that the respondents do not oppose the request. *Id.* I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause to grant the requested extension.

    It is hereby ordered that the petitioner's motion to extend time **[ECF No. 6] is GRANTED** nunc pro tunc. The petitioner must file an amended petition by June 10, 2026.

    Dated: June 3, 2026

_____
Cristina D. Silva
United States District Judge