# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ioan Murgoi,

              Petitioner

v.

Todd Blanche,

              Respondent

Case No. 2:26-cv-01124-CDS-EJY

**Order Granting Petitioner's
Unopposed Motion to Extend Time
to File an Amended Petition**

[ECF No. 8]

Petitioner Ioan Murgoi filed an unopposed motion for extension of time to file an amended petition for writ of habeas corpus. ECF No. 8. Upon review of Murgoi's motion, I find good cause exists to grant leave to amend. Accordingly, Murgoi must file an amended petition by June 16, 2026. If the respondents file an opposition to the second amended petition, it is due within fourteen days of its filing, and the respondents must provide a copy of any and all of the following (if applicable): (1) I-200 Warrant for Arrest of Alien; (2) Form I-286 Initial Custody Determination; (3) I-862 Notice to Appear; (4) Form I-213 Record of Deportable or Inadmissible Alien; (5) all immigration court orders in Petitioner's removal proceedings; (6) documents certifying any appeal of any immigration court orders by Department of Homeland Security or Petitioner; and (7) transcripts and/or audio recordings of any custody redetermination proceedings. Alternatively, the respondents may **CERTIFY** that any of these listed documents are not in their custody or control. The petitioner's reply is due within five days of the respondents filing their response.

Dated: June 15, 2026

_____
Cristina D. Silva
United States District Judge