UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ioan Murgoi,<br><br>             Petitioner<br><br>v.<br><br>Todd Blanche,<br><br>             Respondent | Case No. 2:26-cv-01124-CDS-EJY<br><br>**Order Granting Petitioner's<br>Motion for Limited Discovery and<br>Extension of Time**<br><br>[ECF No. 10] |

Petitioner Ioan Murgoi filed a motion requesting limited discovery and an extension of time to file an amended petition for writ of habeas corpus.[1] Mot., ECF No. 10. Murgoi's counsel argues that more time is needed because they cannot prepare an amended petition that accurately reflects the governing facts and law without: (1) Form I-200 warrant for arrest, (2) Form I-286 initial custody determination, (3) all bond hearing transcripts or recordings, and (4) documents related to any appeal of the order of removal. *Id.* at 4. The respondents did not file any opposition. I find that the petitioner's request is made in good faith and not for purposes of delay. Further, because the respondents did not file any opposition, the motion **[ECF No. 10] is granted**.

The respondents must provide (1) Form I-200; (2) Form I-286; (3) all immigration court orders in the petitioner's removal proceedings; (4) documents certifying any appeal of any immigration court orders by Department of Homeland Security or the petitioner; and (5) transcripts and/or audio recordings of any bond hearing proceedings **by July 16, 2026.** Alternatively, the respondents may certify that any of these listed documents are not in their custody or control.

Dated: July 6, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] Counsel is reminded that Local Rule IC 2-2(b) requires that for "each type of relief requested or a purpose of the document, a separate document must be filed and a separate event must be selected for that document."