UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ioan Murgoi,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01124-CDS-EJY

**Order Granting Petitioner's Motion to Extend Time to File an Amended Petition**

[ECF No. 13]

In this third request for an extension of time, petitioner Ioan Murgoi's counsel seeks an additional eleven days to research potential claims and prepare an amended petition for writ of habeas corpus. Mot., ECF No. 13. The petitioner's counsel represents that they could not reach a mutual agreement to the request for an extension of time. *Id.* at 2. Nonetheless, I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause to grant the requested extension.

It is hereby ordered that the petitioner's motion to extend time **[ECF No. 13] is GRANTED** nunc pro tunc. The petitioner must file an amended petition by August 3, 2026.

Dated: July 29, 2026

Cristina D. Silva
United States District Judge