UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ioan Murgoi,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-01124-CDS-EJY<br>**Order Granting Respondents' Motion to Extend Time to File a Response**<br>[ECF No. 19] |

Counsel for the respondents seeks additional time to file a response to petitioner Ioan Murgoi's amended petition for writ of habeas corpus, which was filed on August 3, 2026. Mot., ECF No. 19. The response deadline was August 17, 2026. *See* ECF No. 9. Counsel filed the motion to extend time and the response on August 26, 2026.[1] ECF Nos. 19, 20.

The court may extend a filing deadline for good cause "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, the respondents do not identify any prejudice caused by their delay and no prejudice is apparent from a review of the record, particularly given the length of the delay. The respondents state that the untimely filing was caused by inadvertently overlooking the court's June 15, 2026 order instructing them to file a response to any amended petition within fourteen days. ECF No. 19 at 2 (citing ECF No. 9). There is no evidence that the respondents acted with anything less than good faith. *See Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1225 (9th Cir. 2000) (finding no bad faith where the failure to timely file resulted from "negligence and carelessness, not from deviousness or willfulness"). Finally, the motion is unopposed. *See* Local Rule 7-2(d) (stating that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the

[1] Because I grant the respondents' motion, their response is deemed timely filed.

granting of the motion"). The court concludes that the respondents' late filing was the result of excusable neglect and finds good cause to grant the extension of time.

**Conclusion**

It is hereby ordered that the respondents' motion to extend time **[ECF No. 19] is GRANTED** nunc pro tunc.

Dated: September 1, 2026

_______________________________
Cristina D. Silva
United States District Judge